UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SEMANTIC COMPATION SYSTEMS, INC. )
PRENTKE ROMICH COMPANY,            )
        Plaintiff(s),              )
                                   )        Civil Action No. 12-248
v.                                 )
SPEAK FOR YOURSELF LLC, RENEE )
COLLENDER and HEIDI LOSTRACCO )
        Defendant(s).              )

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

## I. PROCESS
Select one of the following processes:

        X     Mediation
        _____ Early Neutral Evaluation (ENE)
        _____ Court sponsored Binding[1] Arbitration
        _____ Court sponsored Non-binding Arbitration
        _____ Private ADR (please identify process and provider)

        _____ Other (please identify process and provider)_____

_____

**\*If you are utilizing a private process, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

## II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):
       50   % by Plaintiff(s)
       50   % by Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

_____

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Leland P. Schermer, Esquire |
| Address of Neutral: | 535 Smithfield Street, 3rd Floor, Pittsburgh, PA  15222 |
| Telephone & FAX Numbers: | Ph: 412-642-5000 |
| Email address of Neutral: | lschermer@schermerlaw.com |
| **Date of ADR Session:** | Initial meeting on 7/10/12; full session to be scheduled prior to end of August |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

For Plaintiff(s)   Semantic Compaction Systems, Inc./Prentke Romich Company    Bruce Baker and David Moffatt
                                                                            Name and title

For Defendant(s)   Speak for Yourself LLC/Collender/LoStracco    Renee Collender and Heidi LoStracco
                                                                  Name and title

For 3rd party Deft(s) n/a     n/a
                              Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGMENT

      We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 7/9/12     s/David G. Oberdick
                  Attorney for Plaintiff(s)

Dated: 7/9/12     s/John C. Hansberry
                  Attorney for Defendant(s)

Rev. 2/2012