IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEMANTIC COMPACTION SYSTEMS, INC., a Pennsylvania corporation and PRENTKE ROMICH COMPANY, an Ohio corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SPEAK FOR YOURSELF LLC; RENEE COLLENDER, an individual; and HEIDI LOSTRACCO, an individual,<br><br>　　　　　Defendants. | ) <br> ) <br> ) CIVIL ACTION NO. 12-248 <br> ) <br> ) CHIEF JUDGE GARY L. LANCASTER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) ELECTRONICALLY FILED <br> ) <br> ) <br> ) |

## ORDER

AND NOW, this 20 day of August, 2012, upon consideration of Plaintiffs' Motion For Leave to File Second Amended Complaint, it is hereby ORDERED, that said Motion is GRANTED. The Plaintiffs are granted leave to file the Second Amended Complaint attached to their motion as Exhibit 1 within five (5) days of the date of this Order. Plaintiffs' Motion to Dismiss Answer and Counterclaims [doc. #32] is DENIED as moot.

BY THE COURT:

s/Gary L. Lancaster
_____
The Honorable Gary L. Lancaster
United States District Court