IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEMANTIC COMPACTION SYSTEMS, INC., a Pennsylvania corporation and PRENTKE ROMICH COMPANY, an Ohio corporation, | ) ) ) CIVIL ACTION NO. 12-248 ) ) CHIEF JUDGE GARY L. LANCASTER |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SPEAK FOR YOURSELF LLC; RENEE COLLENDER, an individual; and HEIDI LOSTRACCO, an individual, | ) ) ELECTRONICALLY FILED ) |
| Defendants. | ) ) ) |

## ORDER

AND NOW, this 20 day of ___August___, 2012, upon consideration of Plaintiffs'

Motion For Leave to File Second Amended Complaint, it is hereby ORDERED, that said Motion

is GRANTED. The Plaintiffs are granted leave to file the Second Amended Complaint attached

to their motion as Exhibit 1 within five (5) days of the date of this Order. Plaintiffs' Motion
to Dismiss Answer and Counterclaims [doc. #32] is DENIED as moot.

BY THE COURT:

s/Gary L. Lancaster
_____
The Honorable Gary L. Lancaster
United States District Court