IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEMANTIC COMPACTION SYSTEMS, INC., a Pennsylvania corporation and PRENTKE ROMICH COMPANY, an Ohio corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SPEAK FOR YOURSELF LLC; RENEE COLLENDER, an individual; and HEIDI LOSTRACCO, an individual,<br><br>Defendants. | ) <br> ) <br> ) CIVIL ACTION NO. 12-248 <br> ) <br> ) CHIEF JUDGE GARY L. LANCASTER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) ELECTRONICALLY FILED <br> ) <br> ) <br> ) |

## JOINT STIPULATION FOR DISMISSAL

NOW COME Semantic Compaction Systems, Inc., Prentke Romich Company, Speak for Yourself, LLC, Renee Collender and Heidi LoStracco, by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms of a settlement agreement entered into by the parties, jointly stipulate to dismissal of this action without prejudice, with the exception of the tort counterclaims set forth in Counts Five, Six and Seven of the Defendants' Counterclaim to Plaintiffs' First Amended Complaint, which are dismissed with prejudice. The parties' respectfully request that, although this action will be administratively closed, this Court retain jurisdiction to enforce the terms of the parties' settlement agreement.

964911.1

PEPPER HAMILTON, LLP

By: */s/ John C. Hansberry*
    John C. Hansberry, Esquire
    50th Floor, 500 Grant Street
    Pittsburgh, PA 15219-2507
    (412) 454.5051
    Attorneys for Defendants,
    Speak for Yourself LLC, Renee
    Collender and Heidi LoStracco

Dated: October 10, 2012

MEYER, UNKOVIC & SCOTT, LLP

By: */s/ David G. Oberdick*
    David G. Oberdick, Esquire
    535 Smithfield Street, Suite 1300
    Pittsburgh, PA 15222
    (412) 456-2881
    Attorneys for Plaintiffs,
    Semantic Compaction Systems, Inc. and
    Prentke Romich Company

Dated: October 10, 2012

AND NOW, this 10 day of October, 2012, IT IS SO ORDERED.

_____
Chief Judge Gary L. Lancaster