# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEMANTIC COMPACTION SYSTEMS, INC., a Pennsylvania corporation and PRENTKE ROMICH COMPANY, an Ohio corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SPEAK FOR YOURSELF LLC; RENEE COLLENDER, an individual; and HEIDI LOSTRACCO, an individual,<br><br>Defendants. | ) ) ) ) CIVIL ACTION NO. 12-248 ) ) CHIEF JUDGE GARY L. LANCASTER ) ) ) ) ) ) ) ELECTRONICALLY FILED ) ) ) |

## JOINT STIPULATION FOR DISMISSAL

NOW COME Semantic Compaction Systems, Inc., Prentke Romich Company, Speak for Yourself, LLC, Renee Collender and Heidi LoStracco, by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms of a settlement agreement entered into by the parties, jointly stipulate to dismissal of this action without prejudice, with the exception of the tort counterclaims set forth in Counts Five, Six and Seven of the Defendants' Counterclaim to Plaintiffs' First Amended Complaint, which are dismissed with prejudice. The parties' respectfully request that, although this action will be administratively closed, this Court retain jurisdiction to enforce the terms of the parties' settlement agreement.

| | |
|---|---|
| PEPPER HAMILTON, LLP | MEYER, UNKOVIC & SCOTT, LLP |
| By: */s/ John C. Hansberry* <br> John C. Hansberry, Esquire <br> 50th Floor, 500 Grant Street <br> Pittsburgh, PA 15219-2507 <br> (412) 454.5051 <br> Attorneys for Defendants, <br> Speak for Yourself LLC, Renee <br> Collender and Heidi LoStracco | By: */s/ David G. Oberdick* <br> David G. Oberdick, Esquire <br> 535 Smithfield Street, Suite 1300 <br> Pittsburgh, PA 15222 <br> (412) 456-2881 <br> Attorneys for Plaintiffs, <br> Semantic Compaction Systems, Inc. and <br> Prentke Romich Company |
| Dated: October 10, 2012 | Dated: October 10, 2012 |

AND NOW, this _____ day of October, 2012, IT IS SO ORDERED.

_____
Chief Judge Gary L. Lancaster